37 F.3d 1488
 Neyer, Tiseo & Hindo, Ltd., d/b/a NTH Consultants, Ltd.
v.
Russell (Teddy Wayne), Daily (Daniel A.), Applied
Geosciences Corp. v. Neyer, Tiseo & Hindo, Ltd.,
Neyer (Jerome C.), Tiseo (Benedict),
Hindo (Khalid R.), Nona (Dhafir E.)
 NO. 94-1143
 United States Court of Appeals,
Third Circuit.
 Aug 16, 1994
 
 Appeal From: E.D.Pa.,
 Yohn, J.
 
 
 1
 AFFIRMED.